SHEPHERD, FINKELMAN, MILLER
   & SHAH, LLP
JAMES C. SHAH
475 White Horse Pike
Collingswood, NJ  08107
Telephone: 856/858-1770
856/858-7012 (fax)
jshah@sfmslaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
CULLIN A. O'BRIEN
JANINE D. ARNO
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
cobrien@rgrdlaw.com
jarno@rgrdlaw.com

Attorneys for Defendant Doe 1,141

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NU IMAGE, INC., | ) | Misc. No.  2:12-cv-07690-JLL-MAH |
| | ) | |
| Plaintiff, | ) | (Case Pending in the Middle District of Florida, Ft. Myers Division, Case No. 2:12-CV-00109-JES-DNF) |
| vs. | ) | |
| | ) | |
| DOES 1-2,515, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT DOE 1,141'S NOTICE OF MOTION FOR AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO TRANSFER AND/OR STAY MOTION TO QUASH SUBPOENA**

TO: Jeffrey W. Weaver, Esq.
DunlapWeaver, PLLC
199 Liberty Street SW
Leesburg, VA  20175
Telephone: 703/777-7319
703/777-3656 (fax)
*Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendant Doe 1,141, shall move this Court on January 22, 2013 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant will move before the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order transferring and/or staying Defendant Doe 1,141's Motion and Incorporated Memorandum of Law in Support of Motion to Quash Subpoena [Dkt. No. 1], and granting such other and further relief and the as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys will rely upon the Notice of Motion to Defendant Doe 1,141's Motion for and Incorporated Memorandum of Law in Support of Motion to Transfer and/or Stay Motion to Quash Subpoena; Defendant Doe 1,141's Motion for and Incorporated Memorandum of Law in Support of Motion to Transfer and/or Stay Motion to Quash Subpoena (the "Motion"); the accompanying Declaration of Cullin A. O'Brien in support of the Motion; and the proposed form of Order transferring and/or staying the Motion submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned request oral argument in the event of opposition.

DATED:  December 28, 2012

SHEPHERD, FINKELMAN, MILLER
   & SHAH, LLP
JAMES C. SHAH

s/James C. Shah
JAMES C. SHAH
475 White Horse Pike
Collingswood, NJ 08107
Telephone:  856/858-1770
856/858-7012 (fax)
jshah@sfmlaw.com

ROBBINS, GELLER, RUDMAN &
   DOWD LLP
CULLIN A. O'BRIEN
  JANINE D. ARNO
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
cobrien@rgrdlaw.com
jarno@rgrdlaw.com

Attorneys for Defendant Doe 1,141